

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Matthew Scott Navarro,

\* From the 35th District Court
of Brown County,
Trial Court No. CR21833.

Vs. No. 11-14-00216-CR

\* August 11, 2016

The State of Texas,

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.